Order entered November 5, 2012

004733



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00609-CR
No. 05-12-00610-CR

**LACEDRICK SMITH, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

On Appeal from the 282nd District Court
Dallas County, Texas
Trial Court Cause Nos. F10-60836-S, F10-60837-S

## ORDER

On the Court's own motion, we **ORDER** the appellant's brief received on October 29, 2012 filed as of the date of this order.


DAVID L. BRIDGES
JUSTICE